UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID E. MOYA,

   Plaintiff,

Case No.: 8:13-cv-02491-JDW-TGW

v.

CONTINENTAL SERVICE GROUP, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Defendant hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Defendant requests that Court to retain jurisdiction over this matter until fully resolved.

Should Defendant not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Defendant requests the Court dismiss this case with prejudice at that time.

Dated this 20th day of December, 2013.

                          Respectfully submitted,
                          /s/ *Ernest H. Kohlmyer, III*
                          Ernest H. Kohlmyer, III

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on December 20, 2013, via the Court Clerk's CM/ECF system which will provide notice to the following: Maxie Broome, Jr., Esquire of the law firm of Maxie Broome, Jr. P.A. at mbroomelaw@aol.com.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
kohlmyer@urbanthier.com
Urban, Thier, Federer & Chinnery, P.A.
200 S. Orange Avenue, Suite 2000
Orlando, FL 32801
Telephone (407) 245-8352
Facsimile (407) 245-8361
Attorneys for Defendant